In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent. KENNETH J. MULLANE, as Special Guardian and Attorney for Infants and Others, Appearing Specially, Appellant; JAMES N. VAUGHAN, as Special Guardian and Attorney for Infants and Others, Respondent.

Argued May 17, 1949; decided June 2, 1949.

*Kenneth J. Mullane,* as special guardian for infants and others having interest in income of trust fund, appellant.

*Albert B. Maginnes* and *J. Quincy Hunsicker, 3d,* for Central Hanover Bank and Trust Company, respondent trustee.

*James N. Vaughan,* as special guardian for infants and others having interest in principal of trust fund, respondent.

Order affirmed, with costs to the respondents and printing disbursements to the appellant, payable out of the fund. First and second questions certified answered in the affirmative; third question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.